UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

          -against-

Felix Camilo Polanco

                                  Defendant(s).
-----------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

20-Mag-10181

Defendant __Felix Camilo Polanco__ hereby voluntarily consents to participate in the following proceeding via _X_ videoconferencing or _X_ teleconferencing:

_X_    Initial Appearance Before a Judicial Officer

___    Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

_X_    Bail/Detention Hearing

___    Conference Before a Judicial Officer

_AW pp Felix Camilo Polanco_
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

**Felix Camilo Polanco**
Print Defendant's Name

_Ariel Werner_
Defendant's Counsel's Signature

**Ariel Werner**
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

9/23/2020
Date

_____
U.S. District Judge/U.S. Magistrate Judge